Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Richard R. Barker
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 21 2023

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

             Plaintiff,

v.

DAVID EVERETT MCALLISTER,

             Defendant.

2:23-CR-130-SAB

INDICTMENT

Vios: 18 U.S.C. §§ 2242(3), 1152
Sexual Abuse in Indian Country
(Count 1)

18 U.S.C. § 1001(a)(2)
False Statement
(Counts 2–3)

18 U.S.C. § 2253
Forfeiture Allegations

The Grand Jury charges:

### COUNT 1

On or about October 13, 2022, in the Eastern District of Washington, within the external boundaries of the Kalispel Indian Reservation, in Indian Country, the Defendant, DAVID EVERETT MCALLISTER, a non-Indian, did knowingly engage in a sexual act with another person, to wit: VICTIM 1, an Indian, without that other person's consent, all in violation of 18 U.S.C. §§ 2242(3), 1152.

INDICTMENT – 1

COUNT 2

On or about October 14, 2022, in the Eastern District of Washington, in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, the Defendant, DAVID EVERETT MCALLISTER, did knowingly and willfully make a false, fraudulent, and fictitious statement and representation, to wit: MCALLISTER stated to Federal Bureau of Investigation Special Agents Cory Dimas and Taylor Clarke that MCALLISTER did not have sexual relations with VICTIM 1 in Airway Heights on October 13, 2022, in violation of 18 U.S.C. § 1001(a)(2).

COUNT 3

On or about November 14, 2022, in the Eastern District of Washington, in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, the Defendant, DAVID EVERETT MCALLISTER, did knowingly and willfully make a false, fraudulent, and fictitious statement and representation, to wit: MCALLISTER stated to Federal Bureau of Investigation Special Agents Cory Dimas and Taylor Clarke that MCALLISTER never had sexual relations with VICTIM 1, in violation of 18 U.S.C. § 1001(a)(2).

NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253(a)(2) and (a)(3), upon conviction of an offense in violation of 18 U.S.C. § 2242(3), as alleged in this Indictment, the Defendant, DAVID EVERETT MCALLISTER, shall forfeit to the United States of America any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

INDICTMENT – 2

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 21 day of November 2023.

A TRUE BILL

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Michael Ellis_
Michael J. Ellis
Assistant United States Attorney

_Richard Barker_
Richard R. Barker
Assistant United States Attorney

INDICTMENT – 3