FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2023

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** David Everett McAllister    **CASE NO.** 2:23-CR-130-SAB-1

TOTAL # OF COUNTS: 3    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 2242(3), 1152 | Sexual Abuse in Indian Country | Not more than life imprisonment; and/or a $250,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment |
| 2-3 | 18 U.S.C. § 1001(a)(2) | False Statement | Not more than five years imprisonment; and/or a $250,000 fine; three years supervised release; a $100 special penalty assessment |
|  | 18 U.S.C. § 2253 | Forfeiture |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |